IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 08 23 ML |
| | ) | Cr. No. |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1), 841(b)(1)(B), |
| | ) | and 846 |
| VICTOR E. PEREZ-VILCHEZ | ) | |

FILED
MAR 12 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

Beginning on or about a date unknown to the grand jury and continuing until on or about February 1, 2008, in the District of Rhode Island, the Defendant, VICTOR E. PEREZ-VILCHEZ, did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with others known and unknown to the grand jury to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), all in violation of 21 U.S.C. § 846.

COUNT II

On or about February 1, 2008, in the District of Rhode Island, the Defendant, VICTOR E. PEREZ-VILCHEZ, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of

cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Sandra R. Beckner
Assistant U.S. Attorney

Dated: 3/12/08

Luis M. Matos
First Assistant U.S. Attorney
Assistant U.S. Attorney