AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Victor Perez Vilchez

APPEARANCE

CASE NUMBER: CR-08 23ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Victor Perez Vilchez

I certify that I am admitted to practice in this court.

3/17/08
*Date*

*Signature*

*Print Name* — *Bar Number* 4670

*Address* 130 [illegible]

*City* — *State* RI — *Zip Code* 02903

*Phone Number* 621-9710 — *Fax Number* 331-9503

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.