1461461

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

VICTOR E. PEREZ-VILCHEZ

**WARRANT FOR ARREST**

CASE NUMBER: CR08-23ML

RECEIV
U.S. MARSHALS S
MAR 13 2008
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest VICTOR E. PEREZ-VILCHEZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title 21 United States Code, Section(s) 846; 841(a)(1)&(b)(1)(B)

| | |
|---|---|
| JEANNINE NOEL<br>Name of Issuing Officer | DEPUTY CLERK<br>Title of Issuing Officer |
| J Noel<br>Signature of Issuing Officer | March 12, 2008 - PROVIDENCE, RI<br>Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ, returned to ACI | | |
| DATE RECEIVED 03/13/2008 | NAME AND TITLE OF ARRESTING OFFICER<br>CJ Wyant<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>SJ Wyant |
| DATE OF ARREST 03/14/2008 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.