IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 08-23ML
)
VICTOR E. PEREZ-VILCHEZ )

GOVERNMENT'S MOTION TO CONTINUE

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, moves the Court to continue the trial in the above-captioned case for a period of 30 days. The defendant joins the government in this motion. The parties request this continuance because they are in the process of negotiating a plea agreement. Both sides agree that the 30-day period should be deemed excludable under 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on April 25, 2008, a copy of the within "Motion to Continue" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Steven D. DiLibero, Esq.
DiLibero & Associates
130 Dorrance Street
Shakespeare Hall
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj