AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

**APPEARANCE**

United States of America

Vs.

Case Number: CR08-23ML

Victor E. Perez-Vilchez

To the Clerk of this court and all parties of record:

Entry my appearance as counsel in this case for Victor E. Perez-Vilchez.

I certify that I am admitted to practice in this court.

28 April 2008
Date

Signature


Mary June Ciresi 3739
Print Name

127 Dorrance Street Lower Level
Address

Providence, RI 02903
City State Zip code

401-455-9600 401-383-9447
Phone Fax

mjciresi@ciresilaw.com
email