**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR. NO.08-00023-01ML**

**VICTOR E. PEREZ-VILCHEZ**

**MOTION FOR SENTENCE OUTSIDE GUIDELINE RANGE**

Now comes Victor E. Perez-Vilchez, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule 32 of Criminal Procedure to consider and impose a sentence that is sufficient, but not greater than necessary, in accordance with 18 U.S.C. § 3553(a), and below the suggested advisory guideline range. Mr. Perez requests the Court to impose a sentence of 24 months incarceration and the statutory term of supervised release. Based upon the facts and circumstances surrounding this matter, this sentence will be sufficient to satisfy the purposes of sentencing.

VICTOR E. PEREZ-VILCHEZ,
By his attorney,

/s/ Mary June Ciresi
Mary June Ciresi
127 Dorrance Street
Lower Level
Providence, RI 02903
401.455.9600
401.383.9447 (fax)
RI Bar No. 3739
mjciresi@ciresilaw.com

CERTIFICATION

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and sent, via email, to Kristin Mattias, United States Probation Officer on the 9th day of September 2008.

MJCiresi