*August 23, 2008*

*Ref: Victor Perez*

*To Whom It May Concern:*

*Please accept this letter as a reference to the character of Mr. Victor Perez, currently being held until his trial at a Federal Prison. Mr. Perez is a relative of mine, a first cousin, whom I have known his whole life. As one of my younger cousins, I have spent many summers and school breaks babysitting and entertaining my younger kin.*

*During all these years I grew to love and cherish these moments spent with my family and I got a chance to learn and appreciate the personality of Victor. He is such a wonderful soul, very thoughtful, funny and loving person. As the only son, his mother, my aunt, and him are very close. Unfortunately he lost his father at a very young age, and that formed an even closer relationship with his mother. He is her lifeline and her only reason for living; she is his heaven on earth.*

*And that is why it breaks my heart to have heard that he was involved in any criminal activity. Knowing my cousin as well as I do, I can certainly say that this was something new for him and definitely something for which he was misled by bad acquaintances. He has always been so good, always looking out for his mother and her well being.*

*I believe that with the love and support of his mother, the love and support of his whole family that we will be able to surpass this and bring Victor to the right path. Our faith in God and in the goodness of humanity is what is*

keeping us optimistic that we will survive this and come out with a better understanding of the evils of the world.

Please take into consideration the love that we have for Victor, the support that he is receiving from his vast and extended family and the love that God gives to all his children. Please give Victor another chance to prove himself worthy of freedom and of the love that is showered unto him.

Sincerely yours and in deepest gratitude,

Lissette Vilchez
Miami, Florida

CORALIA VILCHEZ
1068 N.W. 25th Street
Miami, FL 33127

To Whom This May Concern:

I am here to present to you, that I do personally know Victor Elias Perez, whom always displayed an excellent behavior such as a son, a father, and a friend.

I am very sorry, for the trouble he became involved with and as the result to be arrested.

I was confirmed that your great judgment can overlook the bad action and set him free. From what I know, he will learn from his past actions and move forward.

I sign at the present, to benefit the young Victor Elias Perez.

Sincerely,

Coralia Vilchez